**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6918**

GREGORY D. GRAVES,

Petitioner - Appellant,

v.

JEFFERY B. KISER,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:18-cv-00345-JLK-RSB)

Submitted:  December 20, 2019                    Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory D. Graves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory D. Graves appeals the district court's order construing his motions for reconsideration under Fed. R. Civ. P. 60(b) and for appointment of counsel as an unauthorized successive 28 U.S.C. § 2254 (2012) petition and dismissing for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Graves v. Kiser*, No. 7:18-cv-00345-JLK-RSB (W.D. Va. July 17, 2018). We deny a certificate of appealability as unnecessary. *See United States v. McRae*, 793 F.3d 392, 397-99 (4th Cir. 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*